# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

Eastern District of Kentucky
**FILED**

MAY 1 1 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | |
| | : | JUDGE 23-18-DLB-CJS |
| v. | : | |
| | : | **INDICTMENT** |
| | : | |
| MICHAEL VAN AELSTYN, | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 922(a)(5) |
| Defendant. | : | 18 U.S.C. § 924(a)(1)(D) |
| | : | 26 U.S.C. § 5822 |
| | : | 26 U.S.C. § 5841 |
| | : | 26 U.S.C. § 5861(c) |
| | : | 26 U.S.C. § 5861(d) |
| | : | 26 U.S.C. § 5871 |
| | : | 26 U.S.C. § 5872 |
| | : | |
| | : | **FORFEITURE ALLEGATION** |
| | : | |

---

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Possession of Firearm Made in Violation of the National Firearms Act)

On or about various dates between October 17, 2020, July 9, 2021, and in the Eastern District of Kentucky, the defendant, **MICHAEL VAN AELSTYN**, knowingly received and possessed a firearm, to-wit, a Winchester, Model 1400 Ranger, Caliber: 20-gauge, shotgun, bearing serial number: N1134837, being a shotgun having a barrel of less than 18 inches in length (a/k/a "short-barreled shotgun") made in violation of chapter 53 of Title 26.

**In violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.**

## COUNT 2

### (Possession of an Unregistered Firearm)

On or about various dates between October 17, 2020, July 9, 2021, and in the Eastern District of Kentucky, the defendant, **MICHAEL VAN AELSTYN**, knowingly received and possessed a firearm, to-wit, a Winchester, Model 1400 Ranger, Caliber: 20-gauge, shotgun, bearing serial number: N1134837, being a shotgun having a barrel of less than 18 inches in length (a/k/a "short-barreled shotgun"), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.**

## COUNT 3

### (Unlawful Transfer of a Firearm to An Out-Of-State Resident)

On or about January 1, 2021, in the Eastern District of Kentucky, the defendant, **MICHAEL VAN AELSTYN**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully give a firearm, that is, an Anderson Manufacturing, AM-15, multi caliber, rifle, bearing SN: 17059685, to M.H., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the Commonwealth of Kentucky, the State in which the defendant was residing at the time of the aforesaid transfer giving of the firearm.

**In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 or 2 of this Indictment, the defendant, **MICHAEL VAN AELSTYN**, shall forfeit to the United States, pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearms involved in such violation including, but

not limited to, a Winchester, Model 1400 Ranger, Caliber: 20-gauge, shotgun, bearing serial number N1134837, made in violation of chapter 53 of Title 26, being a shotgun having a barrel of less than 18 inches in length.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense set forth in Count 3 of this Indictment, the defendant, **MICHAEL VAN AELSTYN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, an Anderson Manufacturing, AM-15, multi caliber, rifle, bearing serial number 17059685, with any attachments and ammunition.

A TRUE BILL

(

**MERRICK GARLAND**
**UNITED STATES ATTORNEY GENERAL**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF OHIO**

**KARL P. KADON**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**
**EASTERN DISTRICT OF KENTUCKY**

## **PENALTIES**

**COUNT 1:**   Imprisonment for not more than 10 years, a fine of not more than $10,000, and supervised release for not more than 3 years.

**COUNT 2:**   Imprisonment for not more than 10 years, a fine of not more than $10,000, and supervised release for not more than 3 years.

**COUNT 3:**   Imprisonment for not more than 5 years, a fine of not more than $250,000, and supervised release for not more than 3 years

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.